# Exhibit A

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MICHELE SMITH,                                       Case No. 24-          NO
                                                     Hon.

                    Plaintiff,

vs.

OTIS ELEVATOR COMPANY,

                    Defendant.
_____/

STEVEN P. KARFIS (P56578)
Zamler, Shiffman & Karfis, P.C.
Attorney for Plaintiff
30150 Telegraph Rd., Ste. 100
Bingham Farms, MI 48025
(248) 443-6552/(248) 552-1380 *fax*
skarfis@zskpc.com
_____/

There is no other civil action between these parties out of the same transaction occurrence as alleged in this complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this court,

                        _/s/ Steven P. Karfis_
                        PLAINTIFF'S ATTORNEY

## COMPLAINT
## AND DEMAND FOR TRIAL BY JURY

1

NOW COMES Plaintiff, MICHELE SMITH, by and through her attorneys, ZAMLER, SHIFFMAN & KARFIS, P.C., and complaining against the above Defendant, states as follows:

## I.   (Jurisdiction & Venue)

1.   Plaintiff, MICHELE SMITH, is a resident of the City of Warren, County of Macomb, State of Michigan.

2.   Defendant, OTIS ELEVATOR COMPANY, duly organized in accordance with the laws of the State of Michigan and doing business in the City of Detroit, County of Wayne, State of Michigan and whose registered agent is The Corporation Company, 40600 Ann Arbor Rd., E, Ste. 201, Plymouth, MI 48170.

3.   The amount in controversy exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars.   [MCR 2.111 (B)(2)].

## II.   (Allegations Common to All Counts)

4.   On or about December 29, 2021, Plaintiff, MICHELE SMITH, was an invitee/tenant lawfully on the premises located at 22101 Moross Rd., in the City of Detroit, County of Wayne, State of Michigan.

5.   On or about December 29, 2021, Defendant, OTIS ELEVATOR COMPANY, was the owner, operator, manager, or otherwise in control of the main elevators at the premises located at 22101 Moross Rd., in the City of Detroit, County of Wayne, State of Michigan.

6.   Plaintiff, MICHELE SMITH, was not guilty of negligence or comparative

2

negligence in the happening of the hereinafter described accident.

7.    At the time and place aforesaid, Plaintiff, MICHELE SMITH, was severely injured when she stepped into an elevator that wasn't flush with the floor, in the City of Detroit, County of Wayne, State of Michigan.

## COUNT I - NEGLIGENCE
## AS TO DEFENDANT OTIS ELEVATOR COMPANY

8.    Plaintiff hereby adopts and incorporates by reference all of the allegations and statements set forth in Paragraphs 1 through 7 of this Complaint as if set forth herein in full.

9.    It was the duty of the Defendant, OTIS ELEVATOR COMPANY, to provide a safe place for invitees such as Plaintiff and others similarly situated, and to exercise due care in the operation and maintenance of the elevators located at 22101 Moross Road, in the City of Detroit, County of Wayne, State of Michigan.

10.   Further, Defendant, OTIS ELEVATOR COMPANY, had a duty toward Plaintiff and other patrons of said premises, as invitees, to inspect for dangerous conditions with the elevators and to warn Plaintiff and other patrons of dangerous conditions with the elevators of which it knew or should have known.

11.   Notwithstanding said duties, Defendant, OTIS ELEVATOR COMPANY, breached them in the following particulars:

    (a)    Negligently maintaining the elevators located at 22101 Moross in the City of Detroit;

    (b)    Failing to maintain the elevator in a safe manner at 22101 Moross in the City of Detroit;

3

(c)     Failing to take precautionary measures to correct or alleviate the unsafe elevator that wasn't flush with the floor when it opened;

(d)     Failing to inspect said elevator for dangerous conditions and failing to warn Plaintiff and others similarly situated of the unsafe condition created by the elevator not being flush with the floor, after such time as Defendant knew or could reasonably have known of the unsafe condition;

(e)     Creating a dangerous condition by failing to shut down the elevator until all reasonable repairs could be made or until it was safe to use;

(f)     Performing other acts of negligence not yet known by Plaintiff but which will be ascertained during the discovery of said litigation.

12.     As a direct and proximate result of the negligence of Defendant, Plaintiff, MICHELE SMITH, sustained severe personal injuries including but not limited to:   right knee, back, hips, left shoulder and neck, and any and all damages which the proofs may show.

13.     Prior to said accident, Plaintiff, MICHELE SMITH, was a reasonably strong and healthy person, but because of the negligence of the Defendant and the injuries received, Plaintiff became ill, sore, and lame; she has suffered and will continue to suffer pain, humiliation, embarrassment, mental anguish, gross indignity and inconvenience because of the permanent nature of said injuries; she has suffered or may yet suffer aggravation or activation of a pre-existing condition; she has suffered both wage loss and impairment of her earning capacity due to the permanent nature of her injuries; she has been forced to expend and will continue to expend considerable sums of money in and about the alleviation of her suffering; and she finds it impossible to participate in the usual activities of life in

4

which she indulged prior to her injuries.

WHEREFORE, Plaintiff MICHELE SMITH, prays for a Judgment against Defendant OTIS ELEVATOR COMPANY, of actual and consequential damages in whatever amount in excess of Twenty-Five Thousand Dollars ($25,000.00) she is deemed to be entitled by this Honorable Court and/or Jury, together with costs, interest, and attorney fees.

Respectfully submitted,

Zamler, Shiffman & Karfis, P.C.

BY: /s/ Steven P. Karfis
    STEVEN P. KARFIS (P56578)
    Attorney for Plaintiff
    30150 Telegraph Rd., Ste. 100
    Bingham Farms, MI 48025
    (248) 443-6552/(248) 552-1380 fax
    skarfis@zskpc.com

Dated:   July 23, 2024

5

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

MICHELE SMITH,

Plaintiff,

vs.

OTIS ELEVATOR COMPANY,

Defendant.

_____/

Case No. 24-               NO
Hon.

STEVEN P. KARFIS (P56578)
Zamler, Shiffman & Karfis, P.C.
Attorney for Plaintiff
30150 Telegraph Rd., Ste. 100
Bingham Farms, MI 48025
(248) 443-6552/(248) 552-1380 *fax*
skarfis@zskpc.com

_____/

## DEMAND FOR JURY TRIAL

NOW COMES Plaintiff, MICHELE SMITH, by and through her attorneys, ZAMLER,

SHIFFMAN & KARFIS, P.C., and hereby demand a trial by jury in the above-entitled matter.

Respectfully submitted,

Zamler, Shiffman & Karfis, P.C.

BY: */s/ Steven P. Karfis*_____
        STEVEN P. KARFIS (P56578)
        Attorney for Plaintiff
        30150 Telegraph Rd., Ste. 100
        Bingham Farms, MI 48025
        (248) 443-6552/(248) 552-1380 *fax*
        skarfis@zskpc.com

Dated:   July 23, 2024

6

**SUMMONS**

Case No.: **24-010552-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons.  If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☒ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Otis Elevator Company | 7/26/24 |

Place or address of service
The Corporation Cmpany 40600 Ann Arbor Rd E. St. 201 Plymouth, MI,

Attachments (if any)
certified card and tracking history. 48170

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☒ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                                            Date and time

_____ on behalf of _____ .

Signature

MCL 600.1910, MCR 2.104, MCR 2.105

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Otis Elevator Company
R/A The Corporation Company
40600 Ann Arbor Rd., E., Ste.201
Plymouth, MI 48170

9590 9402 8579 3244 3359 44

2. Article Number (Transfer from service label)

7021 0350 0001 9997 5145

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ sured Mail
☐ sured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY IMPA...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70210350000199975145

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:40 am on July 26, 2024 in PLYMOUTH, MI 48170.

___

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
PLYMOUTH, MI 48170
July 26, 2024, 9:40 am

### Out for Delivery
PLYMOUTH, MI 48170
July 26, 2024, 8:36 am

### Arrived at Post Office
PLYMOUTH, MI 48170
July 26, 2024, 8:25 am

### Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER
July 25, 2024, 10:40 am

### Arrived at USPS Regional Facility
PONTIAC MI DISTRIBUTION CENTER

Feedback

USPS.com® - USPS Tracking® Results

July 24, 2024, 8:47 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

| STATE OF MICHIGAN<br>MI Wayne 3rd Circuit Court | PROOF OF ELECTRONIC SERVICE | CASE NO. 24-010552-NO |
|---|---|---|

Case Title

Smith, Michele v Otis Elevator Company

1. MiFILE served the following documents on the following persons in accordance with MCR 1.109(G)(6).

| Type of Document | Title of Document |
|---|---|
| Service of Complaint/Return of Service | POS of Def |

| Person Served | E-mail Address of Service | Date and Time of Service |
|---|---|---|
| Steven  P. Karfis | skarfis@zskpc.com | 7/31/2024 12:41:20 PM |

2. I, Angel Donabedian, initiated the above MiFILE service transmission.

This proof of electronic service was automatically created, submitted, and signed on my behalf by MiFILE. I declare under the penalties of perjury that this proof of electronic service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

7/31/2024
Date

/s/Angel Donabedian
Signature

Zamler,Shiffman & Karfis, P.C.
Firm (if applicable)